IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLE OCHS,

        Plaintiff,

v.

EUGENE EMERALDS BASEBALL CLUB,
INC., ELMORE SPORTS GROUP, LTD.,
and ALLAN BENAVIDES,

        Defendants.

Case No. 6:16-cv-01063-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo has filed a Findings and Recommendation, ECF No. 49, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and adopt the Findings and Recommendations.

1 –ORDER

Magistrate Judge Russo's Findings and Recommendation, ECF No. 49, is ADOPTED in full. Defendants' Motion for Summary Judgment, ECF No. 23 is GRANTED.

IT IS SO ORDERED.

DATED this 11th day of December, 2017.

/s/ Michael McShane
Michael McShane
United States District Judge