IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NICHOLE OCHS,

        Plaintiff,

v.

EUGENE EMERALDS BASEBALL CLUB, INC., ELMORE SPORTS GROUP, LTD., and ALLAN BENAVIDES,

        Defendants.

Case No. 6:16-cv-01063-JR

ORDER

MCSHANE, Judge:

    Magistrate Judge Jolie A. Russo filed a Findings and Recommendation, ECF No. 78, and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B); Fed.R.Civ.P. 72(b). Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation, ECF No. 78, is ADOPTED. Defendants' Bill of Costs, ECF No. 64, is GRANTED in the amount of $2,398.50 and defendants' Motion for Attorney Fees, ECF No. 66, is DENIED.

IT IS SO ORDERED.

    DATED this 25th day of May, 2018.

                                /s/ Michael McShane
                                Michael McShane
                              United States District Judge

1 –ORDER